Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Penny Renee Smith-Morgan

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| PENNY RENEE SMITH-MORGAN, | Case No.: 1:13-cv-02016-GSA |
| Plaintiff, | STIPULATION AND ORDER FOR DISMISSAL |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Penny Renee Smith-Morgan ("Plaintiff") and Carolyn W. Colvin as the Acting Commissioner of Social Security ("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses.  The parties enter into this stipulation

-1-

pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate order of the Court.

DATE: September 25, 2014        Respectfully submitted,

                                      LAW OFFICES OF LAWRENCE D. ROHLFING

                                      /s/ *Young Cho*
                       BY:_____
                                   Young Cho
                                   Attorney for plaintiff Penny Renee Smith-Morgan

DATE: September 25, 2014        BENJAMIN B. WAGNER
                                    Acting United States Attorney

                                    /s/ *Marla Letellier*
                                   _____
                                   Marla Letellier
                                   Special Assistant United States Attorney
                                   Attorneys for Defendant Carolyn W. Colvin,
                                   Acting Commissioner of Social Security
                                   (Per e-mail authorization)

**ORDER**

The Court adopts the parties' stipulation, set forth above, dismissing this action with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B). Accordingly, the Clerk of Court is directed to administratively close this case.

IT IS SO ORDERED.

    Dated:   **September 29, 2014**                     **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE